IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT R. HAUSER,

    Plaintiff,

            v.                          Case No. 3:26-cv-00234-jdp

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

Upon remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to: update the administrative record; reevaluate the medical opinions and the claimant's RFC; offer the claimant the opportunity for a hearing; and issue a new decision.

Dated this __12TH__ day of __AUGUST__, __2026__.

_____
JAMES D. PETERSON
Chief United States District Judge